STEPHEN L. DAVIS (State Bar No. 149817)
MARK R. LEONARD (State Bar No. 219186)
DAVIS & LEONARD LLP
8880 Cal Center Drive, Suite 180
Sacramento, California 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: sdavis@davisandleonard.com

Attorneys for Plaintiff
KNOWLEDGE EXTRACTION TOOLS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOWLEDGE EXTRACTION TOOLS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL REASONING SYSTEMS, INC.<br><br>Defendant. | CASE NO. CV 07-1686 VBF (PLAx)<br><br>STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE |

The parties, through their counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate as follows:

1. The parties, Knowledge Extraction Tools, LLC and Digital Reasoning Systems, Inc. are parties to another action in this district, entitled *Digital Reasoning Systems, Inc. v. Knowledge Extraction Tools, LLC*, Case No. CV 06-666-VBF (PLAx) (the "*DRS v. KET*" case).

2. The parties have agreed to assert all of their claims against one another in the *DRS v. KET* case.



1  3. To avoid unnecessary time and expense for the parties and the
2  court, the parties agree and hereby stipulate to dismiss this case without
3  prejudice.
4  SO STIPULATED.
5
6  DAVIS AND LEONARD, LLP
7
8  _____
   Stephen L. Davis
9  Attorneys for Plaintiff Knowledge
   Extraction Tools, LLC
10
11 Dated: April 16, 2007

   BAKER DONELSON BEARMAN
   CALDWELL & BERKOWITZ, PC

   _____
   Patricia Clotfelter
   Attorneys for Defendant Digital
   Reasoning Systems, Inc.

   Dated: April 12, 2007

IT IS SO ORDERED.
DATED: 4-18-07

_____
UNITED STATES DISTRICT JUDGE

Case Name: *Knowledge Extraction Tools, LLC v. Digital Reasoning Systems, Inc.*
Case No. CV07-01686 VBF (PLAx), U.S.D.C., Central District of California

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Sacramento, California. I am over the age of 18 years, and not a party to the within action. My business address is: 8880 Cal Center Drive, Suite 180, Sacramento, CA 95826. On **April 17, 2007**, I served a copy, with all exhibits, if any, of the following document(s):

**STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE**

on the interested parties named below, in Case No. CV07-01686 VBF (PLAx), by following ordinary business practice

**X**   By placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service. I am readily familiar with my firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service, where it would be deposited for first class delivery, postage fully prepaid, that same day in the ordinary course of business addressed as set forth below:

By personal delivery of a true copy to the person and at the address set forth below:

By Federal Express overnight mail to the person and at the address set forth below:

By transmitting a true copy by facsimile to the person and at the facsimile number set forth below on this date before 5:00 p.m.:

| | |
|---|---|
| Jeffrey D. Goldman | Patricia Clotfelter |
| Alexa L. Lewis | Christopher C. Haug |
| Mitchell Silberberg & Knupp LLP | Baker, Donelson, Bearman, Caldwell |
| 11377 West Olympic Blvd. | & Berkowitz, PC |
| Los Angeles, CA 90064-1683 | 420 20th Street North, Suite 1600 |
| | Birmingham, AL 35216 |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **April 17, 2007**, at Sacramento, California.

_____
Nicole Abdallah

---
1
POS RE STIPULATION OF PARTIES TO DISMISS ACTION WITHOUT PREJUDICE